**Order filed, January 29, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-01045-CR

———————

**EDWARD  MONTEMAYER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court
Harris County, Texas
Trial Court Cause No. 1351306**

## ORDER

The reporter's record in this case was due **January 17, 2014**. *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Arlene Webb and Patricia Palmer**, the court reporters, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM